United States District Court
Southern District of Texas
**ENTERED**
April 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **COXE INVESTMENTS, LLC,** *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:22-CV-03909 |
| **FARAMARZ AZONDINIA,** *et al.*, | | |
| Defendants. | | |

### ORDER OF DISMISSAL

Plaintiffs filed a Notice of Dismissal without Prejudice as to Defendants. (ECF No. 26).

This action is therefore **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 28th day of April, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE